

November 21, 2024

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**BY ECF**

**Marc R. Shapiro**

E  mrshapiro@orrick.com
D  +1 212 506 3546
F  +1 212 506 5151

Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Fortune v. Vivendi Ticketing US, LLC*, Case No. 1:24-cv-08415-JPC

Dear Judge Cronan:

On behalf of Defendant Vivendi Ticketing US, LLC d/b/a See Tickets USA, LLC, I write to request an extension of Defendant's time to respond to the complaint from the current deadline of December 2, 2024 to January 15, 2025.  Plaintiff's counsel consents to this request. Defendant requests this extension as our firm was only recently retained in connection with this case and we are familiarizing ourselves with this matter.  No previous requests for an extension have been made.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Marc R. Shapiro*

Marc R. Shapiro