# EXHIBIT 1

MENU

INFO    PHOTOS    CONTACT US    PRESS    PRIVATE EVENTS & BOOKINGS    TECH SPECS    FACEBOOK



| | Jun | HARDER | | | Ricardo Tavares at 9 Bob Note |
|---|---|---|---|---|---|
| | 11 | Sunday, Jun 11, 2023 | | | Brooklyn, NY |
| | | | | | Doors: 10:30PM |



### Buy Tickets

ⓘ There is a 10 ticket limit per customer.

| TICKET TYPE | ITEM PRICE | ADMIN FEE ⓘ | QTY |
|---|---|---|---|
| Early Bird | | | This ticket type is not available. |
| Tier 1 (21+) | $25.00 | $4.79 | 01 ▾ |

### Promo code

PROMO CODE    [Enter Promo Code]

### Shipping

Select your shipping method    Print@Home / Mobile - FREE ▾  ⓘ

**ADD TO ORDER**

MAYHEM: THE ALBUM RELEASE
03/07/2025 10:00 PM
3 Dollar Bill at 3 Dollar Bill          ADD

Club NYC Black History Show
02/08/2025 6:00 PM
Club NYC at 3 Dollar Bill          ADD

CHECKOUT

### Event Details

HARDER

10:00PM-LATE

9 Bob Note

270 Meserole St. Brooklyn NY

THIS EVENT IS BEING HELD AT OUR SISTER BAR 9 BOB NOTE LOCATED AT 270 MESEROLE STREET JUST A FEW DOORS DOWN FROM 3 DOLLAR BILL

_____

NO REFUNDS

*THIS IS A 21 AND OLDER EVENT*

---

*The administrative fee, extension/late ending charges, room/area rental fees, and all other charges and fees charged to your event are not gratuities and will not be distributed as gratuities to the service staff providing service to guests (or any other staff), but will be retained by 3 DOLLAR BILL in connection with and to offset the overhead, operating, and administrative expenses associated with your event.

#### Event Location

9 Bob Note                                Directions
270 Meserole St, Brooklyn, NY, 11206

Show Map

View 270 Meserole St in a larger map

©2025 See Tickets, Inc. All rights reserved.    Legal | Events | Support          🇺🇸 United States    POWERED BY See TICKETS

Page 1A



Page 1B