EXHIBIT 2

INFO     PHOTOS     CONTACT US     PRESS     PRIVATE EVENTS & BOOKINGS     TECH SPECS     FACEBOOK



*3 Dollar Bill*

---

**Oct 21**
TY TEA  f  y
Saturday, Oct 21, 2023

TY TEA at 3 Dollar Bill
Brooklyn, NY
Doors: 3:00PM

---

## Buy Tickets

ⓘ There is a 10 ticket limit per customer.

| TICKET TYPE | ITEM PRICE | ADMIN FEE ⓘ | QTY |
|---|---|---|---|
| FREE RSVP 3:00-4:00PM (21+) | $0.00 | $0.00 | |
| Only valid for entrance between 3:00-4:00pm | | | |
| Presale (21+) | $10.00 | $4.33 | 01 |

## Promo code

PROMO CODE          Enter Promo Code

## Shipping

Select your shipping method          Print@Home / Mobile - FREE    ?

**ADD TO ORDER**

MAYHEM: THE ALBUM RELEASE          ADD
03/07/2025 10:00 PM
3 Dollar Bill at 3 Dollar Bill

Club NYC Black History Show          ADD
02/08/2025 6:00 PM
Club NYC at 3 Dollar Bill

CHECKOUT

### Event Location

3 Dollar Bill                    Directions
260 Meserole St, Brooklyn, NY, 11206

Show Map

View 260 Meserole St in a larger map

---

### Event Details

TY TEA

Every Sunday

3:00pm-10:00pm

The Yard @ 3 Dollar Bill

RSVP free before 4:00pm

Presale $10

Door $20

_____

NO REFUNDS

*THIS IS A 21 AND OLDER EVENT*

_____
*The administrative fee, extension/late ending charges, room/area rental fees, and all other charges and fees charged to your event are not gratuities and will not be distributed as gratuities to the service staff providing service to guests (or any other staff), but will be retained by 3 DOLLAR BILL in connection with and to offset the overhead, operating, and administrative expenses associated with your event.

