# EXHIBIT 3

| Oct | Blood Manor - October 31st | Blood Manor |
|---|---|---|
| 31 | Thursday, Oct 31, 2024 | New York, NY |
| | | Show: 6:00PM |

ⓘ Select ticket types, then hit Add to Cart.

## 1. Choose Tickets

There is a 10 ticket limit per customer.

| TICKET TYPE | ITEM PRICE | SRV FEE ⓘ | FAC FEE | QTY |
|---|---|---|---|---|
| R.I.P. Express | $65.00 | $3.89 | $3.00 | 02 |
| General Admission (6pm - 6:30p) | | | This ticket type is not available. | |
| General Admission (6:30pm - 7pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (7pm - 7:30pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (7:30pm - 8pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (8pm - 8:30pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (8:30pm - 9pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (9pm - 9:30pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (9:30pm - 10:00pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (10pm - 10:30pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (10:30pm - 11pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (11pm - 11:30pm) | $45.00 | $3.10 | $3.00 | |
| General Admission (11:30pm - 12am) | $45.00 | $3.10 | $3.00 | |

### Promo Code

PROMO CODE: orrick

### 2. Delivery

Select your delivery method: Print@Home / Mobile - FREE

[ADD TO CART]

### Cart (2)

Blood Manor - October 31st ✕
R.I.P. Express    $65.00    2
Update

| Item Total | $130.00 |
|---|---|
| Srv Fee | $7.78 |
| Fac Fee | $6.00 |
| Tax | $12.76 |
| **TOTAL DUE** | **$156.54** |

[CHECKOUT]

### Event Location

**Blood Manor**    Directions
359 Broadway, New York, NY, 10013
Show Map

View 359 Broadway in a larger map



## Event Details

BLOOD MANOR is a first class haunted house attraction comprised of approximately 10,000 square feet of themed rooms, corridors, and a labyrinth of passageways designed to to maximize one's fears. Designed to be the most intense, creepy, and scream inducing haunted house attraction in the New York tri-state area. BLOOD MANOR is not recommended for children under 14 years of age and is certainly not appropriate for young children. It is designed to be "cutting edge" in presentation and content. While children under 14 must be accompanied by a parent or guardian, there will be no refunds after a ticket is purchased.

All sales are final and refunds are only allowed if event is Canceled, Postponed or Rescheduled.
Before purchasing tickets, carefully review your event and time selection.

| EVENT ORGANIZERS | TICKET BUYERS | COMPANY | |
|---|---|---|---|
| Ticket Your Events | Help Center | About | |
| Event Registration | Find Events | History | |
| Features | Data Protection | Careers | English |
| Client Stories | | See Tickets Global | |

# Checkout

Your tickets are held for **9:56**

**2 Tickets**

2 x R.I.P. Express
Blood Manor - October 31st

Show Breakdown

Total Due                           $156.54

☐ Check this box to agree with the <u>See Tickets Terms of Purchase</u>.

[ Buy Now ]

[ Cancel Transaction ]

To fight credit card fraud we will save your IP address

## Billing Address

**First name**
Marisa

**Last name**
Lorion

**Country or region**
United States ⌄

**Address**
[                    ]

## Payment Details

Enter your payment details to complete your purchase.

**Card number**
1234 1234 1234 1234    [VISA] [MC] [AMEX] [DISCOVER]

**Expiration date**
MM / YY

**Security code**
CVC

## Ticket Protection

Ticket Protection cannot be purchased by customers with billing information outside the United States or customers with billing zip codes in Hawaii, New York, or Kansas.

An Event Ticket Protection Plan is available for your purchase. Your tickets are non-refundable and this coverage can protect you in certain instances such as injuries, illness (incl. COVID), involuntary job loss, extreme weather, breakdown or theft of your vehicle, military duty, and more. Full details are included in the <u>Event Ticket Protection Description of Coverage</u> for your resident state. For orders using a payment plan, tickets must be paid in full upon the filing of any protection claims.

⚠ Please select a Ticket Protection option

○ **Yes, please protect my tickets**
I can file a claim if I am unable to attend this event due to injury, illness (including COVID), involuntary job loss, and/or other unforeseen issues listed on the protection policy.

$10.75                    RECOMMENDED

○ **No, do not protect my $156.54 purchase.**

Coverage also includes parking and other event related items that have been added to your order. Go Ready Event Ticket Protection is offered and sold by Aegis General Insurance Agency, Inc. and underwritten, based on state of residence, by Generali US Branch, Applied Assurance Company, Pennsylvania Insurance Company, or Continental Indemnity Company. Terms and exclusions (inc. for pre-existing conditions) apply. By clicking Yes, you authorize us to charge your card on behalf of Aegis General Insurance for the Event Ticket Protection Plan. Please <u>click here</u> for additional information.

## Additional Information

☑ Send me info about other shows by this organizer

## Order Details

**2 Tickets**

**Blood Manor - October 31st**
Thu, Oct 31, 2024 at Blood Manor

| | |
|---|---|
| 2 x R.I.P. Express | $65.00 each |
| Total Face Value | $130.00 |
| Service Fee | $7.78 |
| Facility Fee | $6.00 |
| Tax (8.88%) | $12.76 |
| Print@Home | Free |
| SubTotal | $156.54 |

# Checkout

Your tickets are held for **9:46**

## Billing Address

**First name**
Marisa

**Last name**
Lorion

**Country or region**
United States

**Address**

## Payment Details

Enter your payment details to complete your purchase.

**Card number**
1234 1234 1234 1234

**Expiration date**
MM / YY

**Security code**
CVC

## Ticket Protection

Ticket Protection cannot be purchased by customers with billing information outside the United States or customers with billing zip codes in Hawaii, New York, or Kansas.

An Event Ticket Protection Plan is available for your purchase. Your tickets are non-refundable and this coverage can protect you in certain instances such as injuries, illness (incl. COVID), involuntary job loss, extreme weather, breakdown or theft of your vehicle, military duty, and more. Full details are included in the <u>Event Ticket Protection Description of Coverage</u> for your resident state. For orders using a payment plan, tickets must be paid in full upon the filing of any protection claims.

⚠ Please select a Ticket Protection option

○ **Yes, please protect my tickets**
I can file a claim if I am unable to attend this event due to injury, illness (including COVID), involuntary job loss, and/or other unforeseen issues listed on the protection policy.

**$10.75**                    RECOMMENDED

○ **No, do not protect my $156.54 purchase.**

Coverage also includes parking and other event related items that have been added to your order. Go Ready Event Ticket Protection is offered and sold by Aegis General Insurance Agency, Inc. and underwritten, based on state of residence, by Generali US Branch, Applied Assurance Company, Pennsylvania Insurance Company, or Continental Indemnity Company. Terms and exclusions (inc. for pre-existing conditions) apply. By clicking Yes, you authorize us to charge your card on behalf of Aegis General Insurance for the Event Ticket Protection Plan. Please <u>click here</u> for additional information.

## Additional Information

☑ Send me info about other shows by this organizer

## Order Details

2 Tickets

**Blood Manor - October 31st**
Thu, Oct 31, 2024 at Blood Manor

| | |
|---|---|
| 2 x R.I.P. Express | $65.00 each |
| Total Face Value | $130.00 |
| Service Fee | $7.78 |
| Facility Fee | $6.00 |
| Tax (8.88%) | $12.76 |
| Print@Home | Free |
| SubTotal | $156.54 |

---

**2 Tickets**

**2 x R.I.P. Express**
Blood Manor - October 31st

**Hide Breakdown**

| | |
|---|---|
| Total Face Value | $130.00 |
| Service Fee | $7.78 |
| Facility Fee | $6.00 |
| Tax | $12.76 |
| Total Due | $156.54 |

☐ Check this box to agree with the <u>See Tickets Terms of Purchase</u>.

[ Buy Now ]

[ Cancel Transaction ]

To fight credit card fraud we will save your IP address