BURSOR & FISHER P.A.

50 Main Street
Suite 475
White plains, NY 10606
www.bursor.com

Philip L. Fraietta
Tel: 914.874.0708
Fax: 914.206.3656
pfraietta@bursor.com

November 17, 2026

***Via ECF***

Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***Fortune v. Vivendi Ticketing US, LLC d/b/a See Tickets USA, LLC*****, Case No. 1:24-cv-08415-JPC (S.D.N.Y.)**

Dear Judge Cronan:

I represent Plaintiff in the above-captioned action. Together with counsel for Defendant, the parties write Pursuant to Your Honor's Individual Rules and Practices in Civil Cases No. 3.B to request a 60-day stay of all deadlines.

The request is being made because the parties have agreed to engage in meaningful settlement discussions in an effort to resolve this action. The parties believe that minimizing litigation costs during this period will maximize the opportunity for an early and cost-efficient resolution.

Accordingly, the parties respectfully request that the Court stay all deadlines up to and including January 20, 2027, to allow the parties to proceed with meaningful settlement discussions without incurring further fees or costs, and without burdening the Court with further motion practice.

By January 20, 2027, the parties will provide the Court with a status report regarding their settlement efforts and, if those efforts have concluded without success, a proposed deadline for completing discovery. Thank you for your consideration in this matter.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
*/s/ Marc R. Shapiro*
Marc R. Shapiro

BURSOR & FISHER, P.A.
*/s/ Philip L. Fraietta*
Philip L. Fraietta

*Attorneys for Defendant* *Attorneys for Plaintiff*

cc: All counsel of record (via ECF)

The request is granted. All deadlines in this case are stayed through January 20, 2027. By the earlier of January 20, 2027, or within one week of the parties reaching a settlement in principle, the parties shall submit a joint status letter regarding their settlement efforts. If those efforts have concluded without success, the parties shall also advise Court of their proposed deadline for completing discovery.

SO ORDERED.
November 17, 2026

JOHN P. CRONAN
United States District Judge